IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KRISTY LOPEZ**, as parent and best friend,
and on behalf of her minor child, **J.L.,**

    **Plaintiff,**

v.      No. 2:18-cv-00871 MV-KRS

**HOBBS MUNICIPAL SCHOOL DISTRICT,**
a political subdivision of the State of New Mexico,
**et al,**

    **Defendants.**

## ORDER TO EXTEND TIME

**THIS MATTER** is before the Court on *Plaintiff's Unopposed Motion For Extension of Time to Respond to Defendants Motion and Memorandum to Dismiss Plaintiff's Second Amended Complaint* [Doc. 20]. Having considered the *Motion for Extension of Time*, the Court finds cause for **granting the** *Motion*.

**IT IS THEREFORE ORDERED** that Plaintiffs response to Defendants Motion, specifically document [20] currently due on January 11, 2019 be extended and be submitted to the Court on or before Thursday, January 31, 2019.

*/s/ Kevin Sweazea*
KEVIN R. SWEAZEA
United States Magistrate Judge