**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**KRISTY LOPEZ,** as parent and best friend, and on behalf of her minor child, **J.L.**,

        Plaintiffs,

vs.

**HOBBS MUNICIPAL SCHOOL DISTRICT**, a political subdivision of the State of New Mexico; **TJ PARKS**, in his official capacity as Superintendent of the Hobbs Municipal School District; **JOSE MARES**, in his official capacity as the Hobbs High School Boys Varsity Head Soccer Coach; **GREG HASTON**, in his official capacity as Athletic Director of Hobbs High School; **BRENDA WILSON,** in her official capacity as Athletic Director of Hobbs High School; **ZEKE KANEY**, in his official capacity as Assistant Principal of Hobbs High School; **JOHN DOES I-X; JANE DOES I-X; BLACK and WHITE ENTITIES I-X,**

        Defendants.

No. 2:18-cv-00871-MV-KRS

**ORDER GRANTING JOINT MOTION FOR EXTENSION**

THIS MATTER came before the Court on the Joint Motion for Extension of Time for the parties to disclose their experts by three weeks respectively. The Court, having reviewed the Motion, stipulation of counsel, and being otherwise fully advised in the premises, finds the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiffs disclose their experts on or before April 8, 2019 and Defendants disclose their experts on or before May 23, 2019.

_____
Hon. Kevin R. Sweazea
UNITED STATES MAGISTRATE JUDGE