# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

KRISTY LOPEZ, as parent and best friend,
and on behalf of her minor child, J.L.,

      Plaintiff,

vs.                                                 No. 2:18-cv-00871 PJK-KRS

HOBBS MUNICIPAL SCHOOL
DISTRICT, *et al.*,

      Defendants.

## ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER

**THIS MATTER** is before the court on the parties' Joint Motion to Amend Scheduling Order. (Doc. 64). The Court having considered the Joint Motion to Amend Scheduling Order finds good cause for granting the Motion.

1. Each party be allowed up to a total of 15 depositions;

2. The deadline for discovery is extended until September 20, 2019;

3. Motions relating to discovery is extended to September 30, 2019; and

4. The deadline for all other motions is extended to September 30, 2019.

**IT IS SO ORDERED.**

                                                         KEVIN R. SWEAZEA
                                                         UNITED STATES MAGISTRATE JUDGE